No. 315

CLEVELAND, C. C., etc., RY. CO v. UNITED STATES

U. S. Court of Appeals, 6th Circuit

No. 3709. Jan. 11, 1923

286 Fed. 135

**INTERNAL REVENUE—Interest properly included in judgment for excise tax.**

Knappen, Denison and Donahue, JJ.

Error to Judgment of the District Court, S. D. Ohio W. D.

W. D., John W. Peck, Judge

PER CURIAM:

### Epitomized Opinion

The government obtained judgment against the Railway Company in an action to recover excise taxes, and in it interest was included.

The court of appeals herein held this was proper as under the statute act, Aug. 5, 1909, § 38, the excise tax itself drew interest.

Attorneys—Harmon, Colston, Goldsmith & Hoadley, Cincinnati, for the Railway; Thos. H. Morrow Dis. Atty., for the U. S.

---

# Referees in Bankruptcy

**NORTHERN DISTRICT**

**Eastern Division**
Akron—H. L. Snyder.
Ashland—Maurice V. Semple.
Ashtabula—J. F. Munsell.
Bucyrus—W. C. Beer.
Canal Dover—H. H. Hostetler.
Canton—Celsus Pomerene.
Cleveland—Carl D. Friebolin.
Elyria—Thos. A. Conway.
Leetonia—Wm. E. Warren.
Mansfield—R. E. Hutchinson.
Wooster—Joseph O. Fritz.
Youngstown—Paul Carson.

**Western Division**
Lima—H. D. Grindle.
Counties — Allen, Auglaize, Hancock, Hardin, Marion, Mercer, Paulding, Putnam, Van Wert, Wyandot.
Toledo—Fordyce Belford.
Counties—Defiance, Erie, Fulton, Henry, Huron, Lucas, Ottawa, Sandusky, Seneca, Williams, Wood.

**SOUTHERN DISTRICT**

**Eastern Division**
Athens—L. A. Koons.
Bellefontaine—J. D. McLaughlin.
Cadiz—H. J. Smith.
Cambridge—W. H. Turner.
Cardington—W. P. Vaughn.
Chillicothe—R. W. Manley.
Circleville—H. B. Weaver.
Columbus—Fred N. Sinks.
Coshocton—H. L. Lybarger.
Dayton—Wm. S. McConaughey.
Delaware—F. A. Owen.
Gallipolis—F. E. Cherrington.
Lancaster—C. C. Pickering.
Marietta—L. B. Ogle.
Marysville—J. M. Broderick.
Mt. Vernon—R. M. Greer.
Newark—Fred M. Black.
Pomeroy—O H. Stewart.
St. Clairsville—J H. Gaston.

Steubenville—C. A. Vail.
Washington C. H.—A. C. Patton.
Zanesville—E. R. Myer.

**Western Division**
Cincinnati—Charles T. Greve.
Dayton—Robert E. Cowden.
Eaton—A. M. Crisler.
Greenville—J. W. Donovan.
Hamilton—H. H. Haines (Butler).
Hillsboro—M. T. Van Pelt.
Ironton—P. C. Booth.
Jackson—Vacant.
Logan—J. F. White.
Portsmouth—M. A. Crawford.
Ripley—Chambers Bird.
Sidney—David Oldham.
Springfield—Fred M. Knapp.
Urbana—Benjamin F. Miller.
West Union—J. O. McManis.
Wilmington—Allan Smith.
Xenia—E. D. Smith.